# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# TOLEDO DIVISION

| | |
|---|---|
| In Re: | Case No. 17-31770-jpg |
| Roger Allen Stief<br>Marie Daphane Stief | Chapter 13 |
| Debtor. | Judge John P. Gustafson |

## NOTICE OF APPEARANCE

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the FW Series I Trust ('Creditor'), in the above captioned proceedings.

    Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on August 15, 2022, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Patti Baumgartner-Novak, Debtors' Counsel
    pmbn@buckeye-express.com

    Elizabeth A. Vaughan, Trustee
    13ecfnotices@chapter13toledo.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Roger Allen Stief, Debtor
    Marie Daphane Stief, Debtor
    177 W. Brown Ave.
    Carey, OH 43316

                                          /s/ Molly Slutsky Simons
                                          Molly Slutsky Simons (0083702)
                                          Attorney for Creditor